AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**RICHARD S. YOUNG**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about **February 6, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .45 caliber handgun, a Smith & Wesson .357 caliber handgun, and .45 caliber ammunition, and .357 caliber ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **SPECIAL AGENT KEN D. HONICK**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:      ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT KENNETH D. HONICK**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

Date                                                                    at      **Washington, D.C.**
                                                                              City and State

_____                                 _____

**Name & Title of Judicial Officer**                          **Signature of Judicial Officer**

STATEMENT OF FACTS

On February 6, 2007, based upon information provided by a confidential information, agents with the Federal Bureau of Investigation, obtained and executed a search warrant at Apartment 303, 4305 Wheeler Road, S.E., Washington, D.C. The search warrant was executed at 6:00 a.m. Upon entering the apartment, the FBI determined that the apartment was occupied by Richard Young, a female and two infants were present. The FBI entered the apartment and executed the search warrant. One agent conducted a search of a vent located in the hallway leading to the kitchen of the apartment. The air duct vent appeared to have been frequently removed and reinserted because it had scratches on it and was inconsistent in terms of dirt and dust buildup. The vent was removed and it was revealed that the duct behind the vent contained a green piece of indoor/outdoor carpet. Laying on the carpet were a fully loaded .45 caliber Springfield Arms semi-automatic handgun (serial #CRG-84) and a fully loaded Taurus .357 caliber handgun. There was also a box of .357 ammunition, a digital scale, and a sandwich bag filled with empty ziplocks.

After being fully advised of his rights, Richard Young gave a statement that the guns belonged to him. Mr. Young was placed under arrest and transported to the FBI's Washington Field Office. Mr. Young was re-advised of his rights. Mr. Young gave a taped verbal statement and a handwritten statement that the guns belonged to him.

A NCIC query revealed that the defendant had been previously convicted of distribution of cocaine in D.C. Superior Court Case No. 2005-FEL-3222. To the best of this agent's knowledge there are no .45 caliber handguns, or .357 caliber handguns, nor .45 caliber ammunition or .357 caliber ammunition manufactured in the District of Columbia.

_____
SPECIAL AGENT KENNETH D. HONICK
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me on
this _____ day of February, 2007.

_____
U.S. MAGISTRATE JUDGE