UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0031M-01 (CR) |
| **RICHARD S. YOUNG,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about February 6, 2007, within the District of Columbia, **RICHARD S. YOUNG**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. 2005-FEL-3222, did unlawfully and knowingly receive and possess a firearm, that is, Smith & Wesson .357 caliber handgun and a Springfield Arms .45 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition and .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia