IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 07-045 (GK) |
| v. ) | |
| ) | |
| RICHARD YOUNG ) | |
| ) | |

**JOINT MOTION TO CONTINUE HEARING**

Defendant, Mr. Young, together with counsel for the government, hereby respectfully moves this Honorable Court to continue the status/plea hearing scheduled in his case for April 12, 2007 at 2:30 p.m. In support of his motion, Mr. Young states the following:

On March 20, 2007, Mr. Young appeared before the Court for a status hearing. At that time, government counsel verbally outlined a plea offer and undersigned counsel indicated that, while she would have to review a written plea agreement with her client, Mr. Young was interested, in principal, in reaching a pre-trial disposition. In order to afford the parties time to draft and review a plea agreement, the Court scheduled a status/plea hearing for April 12, 2007.

On April 10, 2007, counsel received a written plea agreement from government counsel. In light of her other obligations, counsel will not be able to travel to the D.C. Jail and review the written plea agreement in the day that remains before the next scheduled hearing. Counsel is requesting additional time to review the proposed plea agreement with Mr. Young and to send the relevant documents to the Court in preparation of the anticipated plea hearing. Counsel has conferred with counsel for the government, and the latter joins in Mr. Young's request.

Counsel propose that a plea hearing be scheduled sometime on Monday, April 16,

1

Wednesday April 18, or Thursday, April 19.[1]

WHEREFORE, Mr. Young respectfully asks this Honorable Court to grant his motion and continue the hearing scheduled for April 12, 2007.

Respectfully Submitted,

_____/s/_____

Lara Gabrielle Quint
Assistant Federal Public Defender
625 Indiana Ave., NW
Ste 550
Washington, DC 20004

---

[1] Counsel are available before 11:00 a.m. or after 3:00 p.m. on April 16th.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **RICHARD YOUNG** ) <br> _____ ) | Cr. No. 07-045 (GK) |

**ORDER**

Upon consideration of parties' Joint Motion to Continue, it is by the Court hereby

ORDERED that the motion is GRANTED, that the status/plea hearing scheduled for

April 12, 2007 at 2:30 p.m. is VACATED, and that the hearing is continued until April _____,

2007 at _____ a.m./p.m.


SO ORDERED.


_____        _____

DATE        GLADYS KESSLER
        UNITED STATES DISTRICT JUDGE


Copies to:

Louis Ramos, AUSA
Lara Quint, AFPD