UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **07-0045 (GK)** |
| v. | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **RICHARD S. YOUNG,** | : | Ammunition by a Person Convicted of a Crime |
| Defendant. | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C. Code § 3232 |
| | : | (Receiving Stolen Property) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about February 6, 2007, within the District of Columbia, **RICHARD S. YOUNG**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. 2005-FEL-3222, did unlawfully and knowingly receive and possess a firearm, that is, Smith & Wesson .357 caliber handgun and a Springfield Arms .45 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition and .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about February 6, 2007, within the District of Columbia, **RICHARD S. YOUNG**, bought, received, possessed, and obtained control of property of value, belonging to the Federal Bureau of Investigation, consisting of a Springfield Arms .45 caliber handgun, which had been stolen, knowing and having reason to believe it was stolen, with the intent to defraud and to deprive the Federal Bureau of Investigation of a right to and benefit of the property.

(**Receiving Stolen Property**, in violation of 22 D.C. Code, Section 3232 (2001 ed.))

        JEFFREY A. TAYLOR
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 498610

BY: _____
        LOUIS RAMOS
        Assistant United States Attorney
        Bar No. 472-176
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4243
        Washington, D.C. 20530
        (202) 305-2195