THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
            v.           )     Cr. No. 07-045 (GK)
                         )
RICHARD YOUNG            )
                         )

**FILED**

APR 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of parties' Joint Motion to Continue, it is by the Court hereby

ORDERED that the motion is GRANTED, that the status/plea hearing scheduled for April 12, 2007 at 2:30 p.m. is VACATED, and that the hearing is continued until April 23, 2007 at 10:15 a.m./p.m.; counsel are to inform the Court by Wed., April 18, 2007 at noon, whether the hearing will be a plea or a status.

SO ORDERED.

April 10, 2007                              Gladys Kessler
DATE                                        GLADYS KESSLER
                                            UNITED STATES DISTRICT JUDGE

Copies to:

Louis Ramos, AUSA
Lara Quint, AFPD