AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

DISTRICT OF _____

FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

*Richard S. Young*

WAIVER OF INDICTMENT

CASE NUMBER: 07-45

I, *Richard S. Young*, the above named defendant, who is accused of *Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year – 18 USC 922(g)(1) Receiving Stolen Property – 22 D.C. Code Section 3232 (2001 ed.)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *April 23, 2007* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Richard Young*
Defendant

*[signature]*
Counsel for Defendant

Before *Gladys Kessler*
Judicial Officer