**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :

                                      :

                                      :      CRIMINAL NO. 07-045 (GK)

v.                             :      **FILED**

                                        :

RICHARD YOUNG,             :      APR **2 3** 2007

                                        :

          Defendant.        :      NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

<u>STATEMENT OF OFFENSE</u>

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On February 6, 2007 at approximately 6:00 a.m. agents of the Federal Bureau of Investigation ("FBI") executed a valid search warrant at Apartment 303, of 4305 Wheeler Rd., SE, Washington, DC. The defendant, Richard Young, lived in that apartment with his wife, Natasha Young, and their one year old son. Based on information received by a confidential informant, one FBI agent searched the vent located in the hallway leading to the kitchen. That vent appeared to have been frequently removed and reinserted because it had scratches on it and it did not have much dirt or dust buildup. The vent was removed and it was revealed that the duct behind the vent contained a piece of green carpet. Laying on the carpet were the following items: (1) one fully loaded .45 caliber Springfield Arms semi-automatic handgun (serial no. CRG-84), (2) one fully loaded Smith and Wesson .357 caliber revolver handgun (serial no. 5140907), (3) one box of Winchester brand .357 ammunition containing 32 rounds, (4) three magazines with .45 caliber ammunition,(5) one sandwich sized ziploc bag containing razors and smaller ziploc bags, and (6)

1.

one digital scale.

The fully loaded .45 caliber Springfield Arms semi-automatic handgun (serial no. CRG-84), the .45 caliber ammunition and the three magazines were stolen from an FBI agent's car on January 13, 2006, while it was parked in the parking lot of the Capital Yacht Club, located at 1000 Water Street, S.W., Washington, DC.

The defendant was interviewed by the FBI after having been advised of his rights and waiving his right to silence and legal representation during the interview. The defendant advised the FBI that the guns, ammunition, and other items found in the air duct above the kitchen were his. The defendant further admitted that he knew that the .45 caliber Springfield Arms semi-automatic handgun, the .45 caliber ammunition and the magazines they were in were stolen from an FBI agent's car on January 13, 2006.

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the two (2) pages constituting the Statement of Offense in the above-captioned case, United States v. Richard Young, 07-045 (GK), with my attorney, Lara Quint, Esquire. I agree, and acknowledge by my signature that this factual proffer is true and correct.

Date: 4/23/07

Richard Young, Defendant

Date: 4/23/07

Lara Quint, Esq.
Attorney for Defendant Richard Young

1.                                    9