UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
                               :
                               :
v.                             :    Criminal No. 07-45 (GK)
                               :
                               :    **FILED**
RICHARD S. YOUNG,              :
                               :    APR 2 3 2007
       Defendant.              :
                               :    NANCY MAYER WHITTINGTON, CLERK
_____:         U.S. DISTRICT COURT

<u>ORDER</u>

It is hereby this 23rd day of April 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than July 10, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than July 11, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on July 18, 2007, 2007

**IT IS SO ORDERED.**

                                    /s/ Gladys Kessler
                                    _____
                                    Gladys Kessler
                                    U.S. District Judge