UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 07-0045 (GK) |
| : | |
| RICHARD YOUNG : | |
| : | |
| **Defendant.** : | |
| : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, the defendant, Richard Young, pled guilty on April 23, 2007 to Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18 U.S.C. Sections 922(g)(1) and 924(a)(2).

2. The defendant has one prior criminal adult conviction for attempted distribution of cocaine in the Superior Court for the District of Columbia, docket number F-3222-05, for which he was on probation at the time he committed the instant offense.[1]

3. Based upon a total offense level of 19, and the defendant's criminal history category of III, the guideline range for imprisonment is 37 to 46 months.[2]

---

[1] The defendant also has 3 juvenile adjudications for attempted robbery, destruction of property, and distribution of cocaine. The defendant also has 14 arrests as a juvenile for crimes such as robbery, carjacking, narcotics distribution, and weapons offenses, and a pending possession with intent to distribute cocaine charge in Fairfax County, Virginia.

[2] This offense level takes into account that the defendant will presumably receive a three point downward adjustment for having taken responsibility for his criminal conduct.

4. The defendant is twenty-seven years-old, with those one previously mentioned adult criminal conviction. He acknowledged certain relevant criminal conduct by signing a factual proffer at the time of his April 23, 2007 guilty plea – he acknowledged responsibility for possessing a loaded Smith and Wesson .357 caliber handgun, and a loaded Springfield Arms .45 caliber handgun.

5. Pursuant to a plea agreement, the government will not allocute above the low end of the applicable Sentencing Guidelines range.

6. Notably, however, the government is strongly opposed to the Court imposing a sentence concurrent with any other case.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NO. 498-610

    _____
    LOUIS RAMOS
    ASSISTANT UNITED STATES ATTORNEY
    D.C. BAR NO. 472-176
    555 Fourth Street, NW
    Washington, DC 20004
    (202) 305-2195