HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA            :    Docket No.: <u>07-CR-45</u>        JUL 1 8 2007

                                    :
          vs.                       :    SSN: _____           NANCY MAYER WHITTINGTON, CLERK
                                    :                                    U.S. DISTRICT COURT
YOUNG, Richard S.                   :    Disclosure Date: <u>June 11, 2007</u>

RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

For the Government

(CHECK APPROPRIATE BOX)
        ( )    There are no material/factual inaccuracies therein.
        ( )    There are material/factual inaccuracies in the PSI report as set forth in the
               attachment herein.

_____                          _____
Prosecuting Attorney                                            Date
                              For the Defendant
(CHECK APPROPRIATE BOX)
        (X )    There are no material/factual inaccuracies therein.
        ( )    There are material/factual inaccuracies in the PSI report as set forth in the
               attachment.

_____          _____  7/3/07
Defendant                Date            Defense Counsel        Date

NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>June 25, 2007</u>, to U.S. Probation Officer <u>Michael
Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer