HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>07-CR-45</u> | JUL 1 8 2007 |
| vs. | : SSN: _____ | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| YOUNG, Richard S. | : Disclosure Date: <u>June 11, 2007</u> | |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
  (✓)  There are no material/factual inaccuracies therein.
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____6/25/07_____
Prosecuting Attorney                               Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
  ( )  There are no material/factual inaccuracies therein.
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____      _____  _____
Defendant              Date              Defense Counsel         Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 25, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
       United States Probation Officer